UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS TORO, on behalf of himself and all others similarly situated,<br><br>                Plaintiffs,<br><br>-against-<br><br>A SIMPLER TIME, INC.<br><br>                Defendant. | Case No.  1:22-cv-8311<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL<br>WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
               February 3, 2023

                                            Respectfully Submitted,

                                            **/s/ Mars Khaimov**
                            By:    Mars Khaimov, Esq.
                                   108-26 64th avenue, Second Floor
                                   Forest Hills, New York 11375
                                   Tel (929) 324-0717
                                   Fax (929) 333-7774
                                   Email: mars@khaimovlaw.com
                                   *Attorney for Plaintiff*